**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

MATTHEW BONO,                              )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )          No. 4:20-CV-283 JMB
                                           )
MARIES COUNTY, MISSOURI, et al.,           )
                                           )
                    Defendants.            )

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. *Pro se* plaintiff filed this civil action for money damages on February 18, 2020; however, plaintiff neither paid the Court filing fee nor filed a motion to proceed without prepayment of fees or costs.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send plaintiff an 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that plaintiff must either pay the $400 filing fee or submit a motion to proceed without prepaying fees or costs within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 7th day of April, 2020.

*/s/John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE